## (January 5, 1982)

■ State of New York, Respondent, v Carvel Corporation et al., Appellants, et al., Defendant. — Order, Supreme Court, New York County (B. Cohen, J.), entered on or about August 22, 1980, unanimously affirmed, without costs and without disbursements, and without prejudice to a properly circumscribed application for disclosure. No opinion. Concur — Murphy, P. J., Sullivan, Carro, Silverman and Fein, JJ.

■ The People of the State of New York, Respondent, v John Zizzamia, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on October 15, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Markewich, Lupiano and Bloom, JJ.